UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:15 CR 105 |
| | ) | |
| AARON L. GREEN | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 25), to which the defendant has waived objection, and subject to this court's consideration of the Plea Agreement pursuant to FED. R. CRIM. P. 11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, defendant's plea of guilty to the offense charged in Count 1 of the Indictment is now hereby **ACCEPTED**, and defendant is adjudged guilty of that offense. A sentencing date will be set under separate order.

**SO ORDERED.**

Date: April 28, 2016

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT